# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCESCA N. ENE,<br><br>       Appellant,<br><br>    v.<br><br>PATRICE DARISME,<br><br>       Appellee. | Case No. 24-cv-04442-JST<br><br>**ORDER DISMISSING BANKRUPTCY APPEAL FOR FAILURE TO PROSECUTE** |

Appellant Princesca N. Ene failed to file a response to Appellee Patrice Darisme's motion to dismiss.  On November 25, 2024, the Court ordered Ene to file, by December 13, 2024, "either a written response showing cause as to why a timely opposition [to the motion] was not filed or a statement of nonopposition to [the] motion."  ECF No. 10 at 1.  The Court advised:

> If Ene does not file a timely response to this order to show cause, the Court may dismiss this case for failure to prosecute.  *See* Fed. R. Civ. P. 41(b) (allowing dismissal "[if] the plaintiff fails to prosecute"); Fed. R. Bankr. P. 8003(a)(2) (providing that "[a]n appellant's failure to take any step other than the timely filing of a notice of appeal" allows "the district court . . . to act as it considers appropriate, including dismissing the appeal").

*Id.* at 1–2.

The deadline to file a response to the Court's order has passed, and Ene has failed to file any response.  Accordingly, as the Court previously advised might occur, Ene's appeal is now dismissed for failure to prosecute.  The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated:  December 18, 2024

_____
JON S. TIGAR
United States District Judge